UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 10-29(1)-ART |
| v. | ) | |
| | ) | **ORDER** |
| JIMMY BROWN, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On October 15, 2010, Magistrate Judge Hanly A. Ingram recommended that the undersigned find the defendant Jimmy Brown competent to face further proceedings, including trial. *See* R. 31. Neither party has filed any objections to the Magistrate's Recommendation, and the time for filing any objections has expired. *See* Fed. R. Crim. Proc. 59. Accordingly, it is **ORDERED** that the Recommendation, R. 31, is **ADOPTED** as the opinion of the Court.

This the 3rd day of November, 2010.



Signed By:
*Amul R. Thapar*
United States District Judge